IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

No.   4:17-CR-00111 - JM

Aaron Laray Clark, et al

## MOTION TO WITHDRAW AS COUNSEL

The United States of America submits its Motion to Withdraw as counsel in this case, and

states:

1.      The United States wishes to withdraw Allison Waldrip Bragg in this case.

WHEREFORE, the United States respectfully prays the Court allow Allison Waldrip

Bragg to withdraw from this case.

JONATHAN D. ROSS
United States Attorney


By Benecia Moore
Bar No. 2006050
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR   72203
501-340-2600
Benecia.Moore@usdoj.gov